**Order entered September 19, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00253-CV

## IN THE INTEREST OF B.J.W., A MINOR CHILD

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-22240**

# ORDER

Before the Court is appellant's September 15, 2017 second motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 16, 2017. We caution appellant that further requests for extension of time will be disfavored.


/s/     CRAIG STODDART
        JUSTICE